**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMCOR RIGID PACKAGING USA, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case Action No. 1-24-cv-00790-MN |
| GRAHAM PACKAGING COMPANY INC. and GRAHAM PACKAGING COMPANY, L.P., | ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 30, 2025 the following was served on the counsel listed below in the manner indicated:

1) Defendants' Final Invalidity Contentions

**BY EMAIL**

Frederick L. Cottrell, III
cottrell@rlf.com

Christine Dealy Haynes
haynes@rlf.com

Justin M. Sobaje
jsobaje@floey.com

Dan Flaherty
dflaherty@foley.com

Jeanne M. Gills
jmgills@foley.com

Richard Spencer Montei
rmontei@foley.com

Alexis K. Juergens
ajuergens@foley.com

PLEASE TAKE FURTHER NOTICE that on September 30, 2025, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Dated: September 30, 2025 | ARMSTRONG TEASDALE LLP |

/s/Jonathan M. Stemerman
Jonathan M. Stemerman (DE No. 4510)
1007 North Market Street, 3rd Floor
Wilmington, Delaware 19801
Telephone: 302-416-9670
jstemerman@atllp.com

Richard L. Brophy (*admitted pro hac vice*)
Marc W. Vander Tuig (*admitted pro hac vice*)
Kyle G. Gottuso (*admitted pro hac vice*)
Sydney K. Johnson (*admitted pro hac vice*)
7700 Forsyth Blvd. Suite 1800
St. Louis, Missouri 63105
Telephone: 314-621-5070
rbrophy@atllp.com
mvandertuig@atllp.com
kgottuso@atllp.com
skjohnson@atllp.com

Alyssa H. Ruderman (*admitted pro hac vice*)
Emma A. Coppola (*admitted pro hac vice*)
Stephanie M. Piper (*admitted pro hac vice*)
400 Park Ave., 12th Floor
New York, NY 10022
Telephone: 212-209-4400
aruderman@atllp.com
ecoppola@atllp.com
smpiper@atllp.com

*Attorneys for Defendants*
*GRAHAM PACKAGING COMPANY INC. and*
*GRAHAM PACKAGING COMPANY, L.P.*